EXHIBIT B





| | Search |
|---|---|

**Home**   **About Us**   **Learn About Lighting**   **FAQ**   **Dimmer Compatibility**   **Contact Us**   **Request Quote**   **Career Opportunities**

**LED Lamps**

**LED Flashlights**

**LED Luminaires**

**Compact Fluorescent**

**Energy Saving Halogen**

**Halogen**

**Incandescent**

**Fluorescent**

**HID**

**Vintage**

**Canada Light Bulbs**

## LED Linear Tubes



### Description

**Convert your existing fluorescent fixture to LED light technoogy.**

• Replaces any T8 or T12 fluorescent lamp

• Save up to 66% in energy cost (per 4-lamp fixture)

• No replacing or rewiring of lamp holders required

• No replacement of the ballast or installation of LED driver required

• No removal of old ballast required

### Features

• Saves Energy
• High Powered LEDs
• Environmentally Friendly (Mercury Free)
• Longer Life
• Instant On
• Immediate full brightness



Find a light you need

Learn More >>



Every light bulb that we manufacture is produced to the highest specifications in the industry.

**Contact Us  >>**

Reset Filters



| | | | |
|---|---|---|---|
| MOL | --- Select Option --- | Equivalent | --- Select Option --- |
| Base | --- Select Option --- | Volts | --- Select Option --- |
| Life Year | --- Select Option --- | Color Temperature | --- Select Option --- |
| Life Hours | --- Select Option --- | Life | --- Select Option --- |
| Estimated Yearly Energy Cost | --- Select Option --- | Energy Used | --- Select Option --- |
| Lumens | --- Select Option --- | | |

| | Item Number | Product Description | Watts | Lumens | |
|---|---|---|---|---|---|
| | T4819/LEDIF/41K | 4ft LED Fluorescent Tube Replacement (frost) | 19 Watts | 1650 | View |
| | T24/841/LED | 2ft LED Fluorescent Tube Replacement (frost) | 10 Watts | 700 | View |
| | T24/850/LED | 2ft LED Fluorescent Tube Replacement (frost) | 10 Watts | 750 | View |
| | T48/841/LED | 4ft LED Fluorescent Tube Replacement (frost) | 17 Watts | 1700 | View |
| | T48/850/LED | 4ft LED Fluorescent Tube Replacement (frost) | 17 Watts | 1750 | View |



| | T48/830/LED | 4ft LED Fluorescent Tube Replacement (frost) | 17 Watts | 1600 | View |
| | T96/841/LED | 8ft LED Fluorescent Tube Replacement (frost) | 44 Watts | 3200 | View |

Showing 1 to 7 of 7 total products                                    Result Pages: 1

©2015 Feit Electric | 4901 Gregg Road | Pico Rivera, California 90660-2108
Phone: (562) 463-BULB (2852) | Toll Free: (800) 543-FEIT (3348) | Fax: (562) 908-6360
Privacy Policy | Site Map
Site Credits: Ecreativeworks