# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>     Plaintiff,<br><br>v.<br><br>ELB ELECTRONICS, INC., *et al.*,<br><br>     Defendants. | C.A. No. 15-cv-056-RGA<br>(CONSOLIDATED) |

### PLAINTIFF'S FEBRUARY 22, 2017 AMENDED IDENTIFICATION OF ACCUSED PRODUCTS

Blackbird Tech LLC d/b/a Blackbird Technologies ("Blackbird Technologies") hereby amends its previous identification of the products it alleges infringe U.S. Patent No. 7,086,747. Blackbird Technologies reserves its right to further supplement the disclosures made herein.

**Defendant ELB Electronics**

LED lighting products with the following model numbers:

LEDBX-25-850-R36-RSx
LEDBX-25-840-R36-RSx
LEDBX-25-835-R36-RSx
LEDBX-25-830-R36-RSx
LEDBX-17-850-B-RSx
LEDBX-17-840-B-RSx
LEDBX-17-835-B-RSx
LEDBX-17-830-B-RSx
LEDBX-22-850-B-RSx
LEDBX-22-840-B-RSx
LEDBX-22-835-B-RSx
LEDBX-22-830-B-RSx
LEDBX-30-850-R50-RSx
LEDBX-30-840-R50-RSx
LEDBX-30-835-R50-RSx
LEDBX-30-830-R50-RSx
LEDBX-32-850-R55-RSx

LEDBX-32-840-R55-RSx  
LEDBX-32-835-R55-RSx  
LEDBX-32-830-R55-RSx  
LEDT8-17-850-B-Fxx Ux  
LEDT8-17-840-B-Fxx Ux  
LEDT8-17-835-B-Fxx Ux  
LEDT8-17-830-B-Fxx Ux  
LEDT8E-17-850-Fxx Ux  
LEDT8E-17-840-Fxx Ux  
LEDT8E-17-835-Fxx Ux  
LEDT8E-17-830-Fxx Ux  
LEDT8E-22-850-Fxx  
LEDT8E-22-840-Fxx  
LEDT8E-22-835-Fxx  
LEDT8E-22-830-Fxx  
LEDT8E-60-27-8xx-xxx  
LEDT8-8-850-B-xSx  
LEDT8-8-840-B-xSx  
LEDT8-8-835-B-xSx  
LEDT8-8-830-B-xSx  
LEDT8-8-850-B-FHF  
LEDT8-8-840-B-FHF  
LEDT8-8-835-B-FHF  
LEDT8-8-830-B-FHF  
LEDT8-12-850-B-xSx  
LEDT8-12-840-B-xSx  
LEDT8-12-835-B-xSx  
LEDT8-12-830-B-xSx  
LEDT8-17-850-B-xSx  
LEDT8-17-840-B-xSx  
LEDT8-17-835-B-xSx  
LEDT8-17-830-B-xSx  
LEDT8-17-850-B-FHF  
LEDT8-17-840-B-FHF  
LEDT8-17-835-B-FHF  
LEDT8-17-830-B-FHF  
LEDT8-22-850-B-xSx  
LEDT8-22-840-B-xSx  
LEDT8-22-835-B-xSx  
LEDT8-22-830-B-xSx  
T8-36-8xx-xxx  
T8-44-8  
LEDT8-17-850-U-FSF  
LEDT8-17-840-U-FSF  
LEDT8-17-835-U-FSF  
LEDT8-17-830-U-FSF

<pre>
LEDT8-22-850-U-FSF
LEDT8-22-840-U-FSF
LEDT8-22-835-U-FSF
LEDT8-22-830-U-FSF
LEDT8-44-850-U-FSF
LEDT8-44-840-U-FSF
LEDT8-44-835-U-FSF
LEDT8-44-830-U-FSF
LEDT8H-96-50-850-RSx
LEDT8H-96-50-840-RSx
LEDT8H-96-50-835-RSx
LEDT8H-96-50-830-RSx
LEDT8H-5-29-850-FSx
LEDT8H-5-29-840-FSx
LEDT8H-5-29-835-FSx
LEDT8H-5-29-830-FSx
LEDT8S-8-36-850-B-FSx
LEDT8S-8-36-840-B-FSx
LEDT8S-8-36-835-B-FSx
LEDT8S-8-36-830-B-FSx
LEDT8S-8-44-850-B-FSx
LEDT8S-8-44-840-B-FSx
LEDT8S-8-44-835-B-FSx
LEDT8S-8-44-830-B-FSx
LEDT5-10-850-B-FSx
LEDT5-10-840-B-FSx
LEDT5-10-835-B-FSx
LEDT5-10-830-B-FSx
LEDT5-15-850-B-FSx
LEDT5-15-840-B-FSx
LEDT5-15-835-B-FSx
LEDT5-15-830-B-FSx
LEDT5-20-850-B-FSx
LEDT5-20-840-B-FSx
LEDT5-20-835-B-FSx
LEDT5-20-830-B-FSx
</pre>

**Defendant ETi Solid State Lighting**

LED lighting products with the following model numbers:

<pre>
54031231
54031232
54031241
54031242
54104411
</pre>

- 4 -

       54104431
       54104441
       54105111
       54105131
       54105141
       54108111
       54108131
       54108141
       54108161
       54130111
       54130131
       54130141
       54140241
       54140261
       54145041
       54145061
       54145062
       54256141
       54292141
       54293141
       54296141
       54296161
       54299141
       54299161

**Defendant Feit Electric Company, Inc.**

    LED lighting products with the following item numbers:

       T96/841/LED
       T848/841/LED/MP/10
       T848/841/LED/2
       T4819/LEDIF/41K
       T48/850/LED
       T48/841/LED
       T48/830/LED
       T24/850/LED
       T24/841/LED
       T48/SP830/LED
       T48/4K/LED/2
       PL26E/H/841/LED
       PL26E/V/841/LED

| | |
|---|---|
| Respectfully submitted, | STAMOULIS & WEINBLATT LLC |
| Dated:  February 22, 2017 | */s/ Stamatios Stamoulis* |
| | Stamatios Stamoulis #4606 |
| OF COUNSEL | stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| Christopher Freeman | weinblatt@swdelaw.com |
| cfreeman@blackbird-tech.com | Two Fox Point Centre |
| Wendy Verlander | 6 Denny Road, Suite 307 |
| wverlander@blackbird-tech.com | Wilmington, DE 19809 |
| Sean K. Thompson | Telephone: (302) 999-1540 |
| sthompson@blackbird-tech.com | |
| Blackbird Tech LLC d/b/a | |
| Blackbird Technologies | |
| One Boston Place, Suite 2600 | |
| Boston, MA 02108 | |
| 617.307.7100 | |
| | *Attorneys for Plaintiff* |
| | BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES |