# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>   Plaintiff,<br><br>v.<br><br>ELB ELECTRONICS, INC., *et al.*,<br><br>   Defendants. | C.A. No. 15-cv-056-RGA<br>(CONSOLIDATED) |

**FINAL JUDGMENT**

IT IS HEREBY ORDERED AND ADJUDGED THAT, for the reasons set forth in the "Stipulation and [Proposed] Order of Non-Infringement and Consolidation" dated February 22, 2017 (the "Stipulation"), final judgment of non-infringement of U.S. Patent No. 7,086,747 is hereby entered in favor of Defendants ELB Electronics, Inc., Feit Electric Company, Inc., and ETi Solid State Lighting Inc. and against Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies with respect to the Accused Products listed in Exhibit A to the Stipulation.

IT IS SO ORDERED on this _____ day of _____, 2017

_____
THE HONORABLE RICHARD G. ANDREWS